David Wm. Ryan and J. L. Walker, Trading as R. & W. Transports, Appellees, v. Illinois Central Railroad Company, Appellant.

Gen. No. 9,555.

opinion filed October 29, 1947; released for publication November 25, 1947. Graham & Graham, for appellant; V. W. Foster, Charles A. Helsell and John W. Freels, of counsel; Gillespie, Burke & Gillespie, for appellees; Edmund Burke and John W. Barber, of counsel. Opinion by JUSTICE HAYES. **Not to be published in full.**